# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1225
_____

KENNETH A. JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

October 30, 2019


PER CURIAM.

    Kenneth A. Johnson appeals an order summarily denying his motion to correct illegal sentence in which he argued that the trial court's failure to impose a required mandatory minimum sentence rendered his sentence illegal. Because the challenged order was not adverse to Johnson, we dismiss the appeal. *See Earl v. State*, 276 So. 3d 359 (Fla. 1st DCA 2019) (certifying conflict with *Vargas v. State*, 188 So. 3d 915 (Fla. 5th DCA 2016); *Solomon v. State*, 254 So. 3d 1121 (Fla. 5th DCA 2018); and *Burks v. State*, 237 So. 3d 1060 (Fla. 3d DCA 2017)).

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth A. Johnson, pro se, Appellant.

Ashley Moody, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.